■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD GARDNER, Appellant. [979 NYS2d 813]—Judgment of resentence, Supreme Court, New York County (Bruce Allen, J.), rendered January 18, 2012, resentencing defendant, as a second felony offender, to a term of 13 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease

supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Acosta, J.P., Andrias, Saxe, Freedman and Feinman, JJ.